UNITED STATES of America,
Plaintiff–Appellee

v.

Benito AGUIRRE, III, Defendant–
Appellant.

No. 10–40694
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 21, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Scott Matthew Ellison, Esq., Law Offices of Scott M. Ellison, P.L.L.C., Corpus Christi, TX, for Defendant–Appellant.

Benito Aguirre, III, Pollock, LA, pro se.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

---

420

PER CURIAM: *

The attorney appointed to represent Benito Aguirre, III, has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Aguirre has filed several responses. Aguirre's motion to strike counsel's *Anders* briefs and to proceed pro se is DENIED.

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Aguirre's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.